**Order filed April 19, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00865-CV
_____

### CORESLAB STRUCTURES (TEXAS), INC., Appellant

### V.

### SCOTTSDALE INSURANCE COMPANY, Appellee

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-55665A**

## ORDER

An original clerk's record was filed in this appeal on December 3, 2014. A first supplemental clerk's record was filed on March 20, 2015. A second supplemental clerk's record was filed on October 1, 2015. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain any of the following:

- An Attorney's Fees Affidavit, which is Exhibit G (Filed Under Seal pursuant to Protective Order) to the Affidavit of C. Scott Kinzel, which is Exhibit N to

Coreslab's First Amended Motion for Summary Judgment on Damages, filed in the trial court on April 11, 2014.

- Plavnicky Kinzel & Makowski LLP Invoices, which are Exhibit H (Filed Under Seal) to the Affidavit of C. Scott Kinzel, which is Exhibit N to Coreslab's First Amended Motion for Summary Judgment on Damages, filed in the trial court on April 11, 2014.

- An Attorney's Fees Affidavit, which is Exhibit G (Filed Under Seal pursuant to Protective Order) to the Amended Affidavit of C. Scott Kinzel, which is Exhibit N to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Plavnicky Kinzel & Makowski LLP Invoices, which are Exhibit H (Filed Under Seal) to the Amended Affidavit of C. Scott Kinzel, which is Exhibit N to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Exhibit P to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Exhibit Q to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Exhibit R to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Exhibit S to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

- Exhibit T to Coreslab Structures (Texas), Inc.'s Response to Scottsdale's Motion for Summary Judgment and Cross-Motion For Summary Judgment on Damages, filed in the trial court on September 8, 2014.

The Harris County District Clerk is directed to file each of the items listed above, if the item is contained in the trial court's case file, in the Fourteenth Court of Appeals on or

before April 29, 2016.  The items, if any, that were filed under seal in the trial court should be filed under seal with the Fourteenth Court of Appeals in a supplemental clerk's record under seal.  The items, if any, that were not filed under seal in the trial court should be filed with the Fourteenth Court of Appeals in a supplemental clerk's record that is not under seal.  If one or more of the omitted items are not part of the trial court's case file, the district clerk is directed to file in a supplemental clerk's record that is not under seal a certified statement that the omitted item(s) is not a part of the trial court's case file.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.